THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BENTON TURNER, Appellant.

(Submitted January 10, 1898; decided January 18, 1898.)

MOTION for reargument denied, with ten dollars costs. (See 145 N. Y. 451.)

---

THOMAS HILL, JR., Respondent, *v.* ABRAM L. WARNER, Appellant.

Reported below, 12 App. Div. 624.

(Argued January 10, 1898; decided January 18, 1898.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 28, 1896, affirming a judgment in favor of plaintiff entered upon a verdict.

The motion was made in order that an application might be made to the Appellate Division to amend or resettle the case and exceptions herein.

*Shire & Jellinek* for motion.

*Simon Fleischmann* opposed.

Motion granted on payment of the costs that have accrued.

---

PHILIP H. HOVER, Respondent, *v.* MARTHA HOVER, Respondent; DANIEL G. BOGERT et al., as Executors of LOUISA M. BOGERT, Deceased, Appellants.

(Argued January 10, 1898; decided January 18, 1898.)

MOTION to extend appellants' time to file return until ten days after the Appellate Division of the Supreme Court in the first judicial department shall determine the questions to be certified on appeal herein.

*Bailey & Sullivan* for motion.

*Lyman B. Bunnell* opposed.

Motion granted.